USDC- BALTIMORE
'22 OCT 6 PM 3:16

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Travis R. Jones

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Blue Ocean Realty LLC.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _22-CV-2542_

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Travis R. Jones |
| Street Address | P.O. Box 843 |
| City and County | College Park, Prince George's County |
| State and Zip Code | Maryland, 20741 |
| Telephone Number | (646) 763-5776 |
| E-mail Address | Mr.Travis.R.Jones@gmail.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Blue Ocean Realty LLC. |
| Job or Title (if known) | |
| Street Address | 1001 Arion Park Road |
| City and County | Baltimore City, Baltimore City |
| State and Zip Code | Maryland, 21229 |
| Telephone Number | (410) 644-7300 |
| E-mail Address (if known) | |

2

Defendant No. 2

    Name       _____

    Job or Title
    (if known)    _____

    Street Address    _____

    City and County    _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address
    (if known)    _____

Defendant No. 3

    Name       _____

    Job or Title
    (if known)    _____

    Street Address    _____

    City and County    _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address
    (if known)    _____

Defendant No. 4

    Name       _____

    Job or Title
    (if known)    _____

    Street Address    _____

    City and County    _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address
    (if known)    _____

*(If there are more than four defendants, attach an additional page
providing the same information for each additional defendant.)*

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

    ■ Federal question                    □ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fair Housing Act Section 804 [42] U.S.C. § 3604, Americans with Disabilities Act [42] U.S.C. § 12101

_____

_____

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

    a.     If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.     If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. *Or* is a citizen of
*(foreign nation)* _____.

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

_____

_____

_____

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff sues defendant for declaratory compensatory relief and punitive damages for housing discrimination, and defamation of character.

Please see attached Summary of Complaint.

6

Summary of Complaint:

1. In July of 2020 I applied for a rental unit at Oaklee Village Apartments owned and operated by Blue Ocean Realty LLC.   After receiving communications from Blue Ocean Realty LLC staff that I was approved for the rental unit, I submitted a security deposit of eight hundred and fifty dollars to the rental office per their instructions.  Five times my move in date was changed by the defendants, my first move-in date was scheduled for September 1, 2020, the final move-in date of October 15, 2020.  In the process of completing the rental application, the staff of Blue Ocean Realty LLC violated my civil rights by discriminating against me in the rental application process.  Due to my disability, I believe the defendants violated the Federal Fair Housing Law and Americans with Disabilities Act when they discriminated against me in the rental process.   The federal status of this case I believe falls under the District Courts jurisdiction.  I am seeking relief in the form of compensatory and punitive damages in the amount of six million two hundred eighty-three thousand two hundred dollars.

1

**V.**     **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**     **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _October 4th_, 2022

Signature of Plaintiff _____

Printed Name of Plaintiff     Travis R. Jones

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.**     **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney     _____

Printed Name of Attorney  _____

Bar Number                _____

Name of Law Firm          _____

Address                   _____

Telephone Number          _____

Email Address             _____

8