IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **TRAVIS R. JONES,** | * |
| **Plaintiff,** | * |
| v. | *   Civil No. SAG-22-02572 |
| **BLUE OCEAN REALTY LLC,** *et al.*, | * |
| **Defendants.** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the accompanying memorandum opinion, it is this 25th day of April, 2023, ORDERED that Defendants' Motion to Dismiss, ECF 17, will be GRANTED without prejudice as to Plaintiff's federal claims, and this Court will decline to exercise supplemental jurisdiction over Plaintiff's state law claims. The Clerk is directed to CLOSE the case.

/s/
Stephanie A. Gallagher
United States District Judge